UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
BEAUFORT DIVISION

| | |
|---|---|
| BRENDAN RALPH,<br><br>    Plaintiff,<br><br>v.<br><br>ALPHA GENESIS, INC.,<br><br>    Defendant. | C.A. No.: 9:23-cv-04843-RMG-MGB<br><br>STIPULATION OF DISMISSAL WITH PREJUDICE |

  Pursuant to Rule 41 of the Federal Rules of Civil Procedure, the parties, by and through their undersigned counsel, stipulate that the above-captioned action, including all claims asserted therein, should be, and is hereby, dismissed, *with prejudice*, as to all parties, with each party bearing its own costs and attorneys' fees.

  And it is so stipulated.

| WE STIPULATE: | WE STIPULATE: |
|---|---|
| s/ David D. Ashley | s/Amanda C. Williams |
| David D. Ashley | Amanda C. Williams |
| Ben Le Clercq | Megan M. Feltham |
| LE CLERCQ LAW FIRM | PARKER POE ADAMS & BERNSTEIN LLP |
| 708 South Shelmore Blvd., Ste. 202 | 850 Morrison Drive, Ste. 400 |
| Mount Pleasant, SC 29464 | Charleston, SC 29403 |
| 843-722-3523 | 843-727-2650 |
| david@leclercqlaw.com | amandawilliams@parkerpoe.com |
| ben@leclercqlaw.com | meganfeltham@parkerpoe.com |
| | |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |

October 2, 2024